IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DAVID COLES, | § | |
| | § | No. 445, 2015 |
| Defendant Below, | § | |
| Appellant, | § | Court Below – Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 0301011099 |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: February 17, 2016
Decided: February 22, 2016

Before **HOLLAND**, **VALIHURA**, and **SEITZ**, Justices.

## ORDER

This 22nd day of February 2016, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its decision dated July 23, 2015.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ *Collins J. Seitz, Jr.*
Justice

---

[1] *State v. Coles*, Cr. ID No. 0301011099 (Del. Super. July 23, 2015).